UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER HADSELL,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, THE DEPARTMENT OF TREASURY BY ITS AGENCY, THE INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Case No.  20-cv-03512-VKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO RE-SET DEADLINES**<br><br>Re: Dkt. No. 27 |

The United States asks the Court to re-set the briefing and hearing deadlines on what the Court has construed as a motion for reconsideration by Mr. Hadsell (Dkt. No. 24).  This request comes well after the March 9, 2021 deadline the Court set for defendant's response.  Mr. Hadsell opposes the request.[1]

The record presented indicates that defense counsel has not been diligent or attentive to deadlines, and Mr. Hadsell is understandably frustrated by the resulting delays.  Nevertheless, Mr. Hadsell seeks reconsideration of this Court's February 3, 2021 order concerning its subject matter jurisdiction over his claims.  The Court prefers to address those issues on the merits, and in the interests of justice the Court requires a response from the United States to the issues raised in Mr. Hadsell's motion for reconsideration.

Accordingly, the United States shall file its response to Mr. Hadsell's motion for reconsideration by **April 6, 2021**.  In addition to addressing the issues raised in Mr. Hadsell's

---

[1] Mr. Hadsell was given the full time allotted for filing his opposition papers.  *See* Civil L.R. 6-3(b).

motion, the United States should address the issues raised in the Court's February 3 order, including (1) any authority regarding the circumstances under which, as Mr. Hadsell contends, the IRS may be deemed to have irrevocably accepted a credit election, or how such acceptance might impact this Court's jurisdiction over Mr. Hadsell's claim under 26 U.S.C. § 7433; and (2) the significance, if any, of language in 26 U.S.C. § 6402(a) and 26 C.F.R. § 301.6402-3(a)(6) stating that the IRS may credit overpayments to other obligations "within the applicable period of limitations."

Inasmuch as the Court previously gave Mr. Hadsell 14 days to file a reply, he may have until **April 20, 2021** to file his reply. The Court will hear the matter on **May 4, 2021, 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: April 2, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge